# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **NATIVIDAD FLORES,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:20-CV-03162** |
| | § | |
| **HARRIS COUNTY,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## CONDITIONAL ORDER OF DISMISSAL

The parties have settled this case. (Minute Entry dated May 10, 2022.) The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within ninety (90) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** ninety (90) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

Signed at Houston, Texas on May 10, 2022.

_____
Keith P. Ellison
United States District Judge